UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   WESTERN DIVISION

--------------------------------------------------------------------

INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )
AND WELFARE FUND AND JOINT TRAINING, )
RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND )
by William Sullivan and David Cardimino, as Trustees; )
INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and David Cardimino, as Trustees; CENTRAL )
PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING )
EMPLOYERS, by Michael R. Fanning, as Chief Executive )
Officer; and INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )
Business Manager, )
                                                          )
                          Plaintiffs,                     )
                                                          )
        v.                                                )      Civil Action No.
                                                          )      03-30305-MAP
NATIONWIDE ROCK & RECYCLING CORP.,                        )
                                                          )
                          Defendant.                      )

--------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, CHARLES E. BLITMAN, an attorney at law and a partner of the law firm of Blitman & King LLP, attorneys for the plaintiffs in the above-entitled action, hereby certify that on the 8th day of January, 2004, I served a copy of the Summons and Complaint upon the United States Secretary of Labor and the United States Secretary of the Treasury, by depositing true copies of the same in the United States mail, postpaid, and addressed to them at their last known address, to wit:

Honorable Elaine L. Chao
Secretary of Labor
United States Department of Labor
Room S-2018
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Honorable John W. Snow
Secretary of the Treasury
United States Treasury Department
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20224

Dated: January 8, 2004

BLITMAN & KING LLP

By: *Charles E. Blitman*

Charles E. Blitman, of Counsel
Bar Roll No. 653148
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623

ked\kah\98\Nationwide-cos