# United States District Court

### DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 98 ANNUITY FUND,
PENSION FUND, HEALTH AND WELFARE
FUND AND JOINT TRAINING, RETRAINING,
SKILL IMPROVEMENT, SAFETY EDUCATION,
APPRENTICESHIP AND TRAINING FUND
by William Sullivan and David Cardimino,
as Trustees, et al.,

Plaintiffs,

v.

NATIONWIDE ROCK & RECYCLING CORP.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 - 30305 - MAP**

TO: (Name and address of defendant)

NATIONWIDE ROCK & RECYCLING CORP.
217 River Road
Uxbridge, Massachusetts  01569-2246

and/or

394 Washington Street
Franklin, Massachusetts  02038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BLITMAN & KING LLP
FRANKLIN CENTER, SUITE 300
443 NORTH FRANKLIN STREET
SYRACUSE, NEW YORK  13204-1415

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

12/17/03
DATE

_____
(BY) DEPUTY CLERK

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

January 21, 2004

I hereby certify and return that on 1/14/2004 at 09:35 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Charles Pizzelli, president, , person in charge at the time of service for Nationwide Rock & Recycling Corp. , at , 394 Washington Street, Franklin, MA 02038. Conveyance ($4.50), Copies-Attestation ($5.00), Out of State Fee ($30.00), Postage and Handling ($1.00), Travel ($ 15.36) Total Fees: $55.86

Deputy Sheriff <ServingDeputy>

_____
Deputy Sheriff