FILED
CLERK'S OFFICE

MAR 18 A 9:50

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    WESTERN DIVISION

---

INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )
AND WELFARE FUND AND JOINT TRAINING, )
RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND )
by William Sullivan and David Cardimino, as Trustees; )
INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and David Cardimino, as Trustees; CENTRAL )
PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING )
EMPLOYERS, by Michael R. Fanning, as Chief Executive )
Officer; and INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )
Business Manager, )
)
)
                              Plaintiffs, )
)
v. )    Civil Action No.
)    03-30305-MAP
)
NATIONWIDE ROCK & RECYCLING CORP., )
)
                              Defendant. )

**REQUEST TO ENTER DEFAULT**

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS WESTERN DIVISION:**

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, you will please

enter the default of defendant Nationwide Rock & Recycling Corp, for failure to plead or

otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the

attached Affidavit of Charles E. Blitman, Esq., sworn to the 16th day of March 2004.

DATED: March 16, 2004

                                          BLITMAN & KING LLP

By: *[signature: Charles E. Blitman]*

                              Charles E. Blitman, of Counsel
                              Bar Roll No. 653148
                              Attorneys for Plaintiffs
                              Office and Post Office Address
                              Franklin Center, Suite 300
                              443 North Franklin Street
                              Syracuse, New York 13204
                              Telephone: (315) 422-7111
                              Facsimile: (315) 471-2623

ked\kah\IUOE98\Nationwide-reqdef