FILED
CLERK'S OFFICE

2004 MAR 18 A 10:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    WESTERN DIVISION

---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager, | **AFFIDAVIT TO ENTER DEFAULT** |
| Plaintiffs, | |
| v. | Civil Action No. 03-30305-MAP |
| NATIONWIDE ROCK & RECYCLING CORP., | |
| Defendant. | |

---

STATE OF NEW YORK    )
COUNTY OF ONONDAGA )  ss.:

CHARLES E. BLITMAN, being duly sworn, deposes and says:

1. I am a member of the law firm of Blitman & King LLP, attorneys for the plaintiffs in the above-entitled action, and I submit this affidavit in support of the plaintiffs' request for entry of default against defendant Nationwide Rock & Recycling Corp.

2. The action was commenced on December 17, 2003 by filing a Summons and Complaint with the United States District Court, District of Massachusetts, Western Division.

3. On January 14, 2004, the Summons and Complaint was served upon defendant Nationwide Rock & Recycling Corp., by personally delivering a copy of the same to Charles Pizzelli, as President of the Corporation, as indicated by the Affidavit of Service which was filed with the Court. [A copy of said Affidavit of Service is attached hereto as Exhibit "A"].

4. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, defendant was required to answer the Summons and Complaint within twenty (20) days after service thereof. The time within which defendant Nationwide Rock & Recycling Corp., could answer or otherwise move as to the Complaint expired on February 3, 2004.

5. Defendant has not answered the Complaint or otherwise moved with respect thereto and the time for the defendant to answer or otherwise move has not been extended.

**WHEREFORE**, deponent requests that the Clerk of the Court enter default against defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

_____
CHARLES E. BLITMAN

Sworn to before me this
16th day of March, 2004.

_____
Notary Public

KARA A. HILLER
Notary Public, State of New York
No. 02HI6063445
Qualified in Onondaga County
Commission Expires Aug. 27, 20___

ked\kah\IUOE98\Nationwide-reqaff

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1737

Norfolk, ss.

January 21, 2004

I hereby certify and return that on 1/14/2004 at 09:35 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Charles Pizzelli, president, , person in charge at the time of service for Nationwide Rock & Recycling Corp., at , 394 Washington Street, Franklin, MA 02038. Conveyance ($4.50), Copies-Attestation ($5.00), Out of State Fee ($30.00), Postage and Handling ($1.00), Travel ($ 15.36) Total Fees: $55.86

Deputy Sheriff <ServingDeputy>

Deputy Sheriff