UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

International Union of Operating
Engineers Local 98 Annuity Fund, et al.,
Plaintiff

V.

Nationwide Rock & Recycling Corp.,
Defendant

CIVIL ACTION

NO.  03-cv-30305-MAP

## NOTICE OF DEFAULT

Upon application of the Plaintiff, International Union of Operating Engineers Local 98 Annuity Fund, et al. for an order of Default for failure of the Defendant, Nationwide Rock & Recycling Corp., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18 day of March, 2004.

Tony Anastas, Clerk

By: /s/ Maurice G Lindsay
Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

Plaintiff's Counsel of record Charles E. Blitman, Esq.
Defendant Nationwide Rock & Recycling Corp.