```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF           )
OPERATING ENGINEERS LOCAL 98     )
ANNUITY FUND, ET AL,             )
          Plaintiffs,            )
                                 )
          v.                     ) CIVIL ACTION NO. 03-30305-MAP
                                 )
NATIONWIDE ROCK & RECYCLING      )
CORP.,                           )
          Defendant              )
```

### ORDER RE: ORDER FOR ENTRY OF JUDGMENT BY DEFAULT

July 12, 2004

PONSOR, U.S.D.J.

The complaint in this matter was filed on December 17, 2003 and the summons was returned as executed on February 2, 2004. A request for issuance of a notice of default was filed on March 18, 2004 and on the same day the clerk issued an entry of default as to Nationwide Rock & Recycling Corp.

Since March 18, 2004, nothing has been done in this case. Plaintiff will have until August 6, 2004 to file a Motion for Entry of Judgment by Default. Failing the filing of such a motion, the court will dismiss this matter for failure to prosecute.

It is So Ordered.

```
                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         U. S. District Judge
```