## Blitman & King LLP

Syracuse
Rochester
Albany

Bernard T. King
Charles E. Blitman*
Jules L. Smith
James R. LaVaute
Donald D. Oliver
Jennifer A. Clark
Melvin H. Pizer†
Monica R. Heath
Kenneth L. Wagner
Gary A. Hall**
Timothy R. Bauman

Stephanie A. Miner
Nathaniel G. Lambright
Kara A. Hiller
Daniel E. Kornfeld°
Daniel R. Brice
Edward J. Steve*

Attorneys and Counselors at Law

Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415

Phone: 315.422.7111
Fax: 315.471.2623
www.bklawyers.com

Kelly L. Cook, CEBS

James C. Shake, Jr.
EA, MAAA

Nathan H. Blitman
(1909 - 1950)

* Also admitted in MA
† Also admitted in FL
° Also admitted in MD and DC
** Also admitted in CA, VA and DC



July 23, 2004

Honorable Michael A. Ponsor
United States District Court Judge
District of Massachusetts, Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, Massachusetts 01103

Re:   International Union of Operating Engineers Local 98 Annuity Fund, Pension Fund, Health and Welfare Fund and Joint Training, Retraining, Skill Improvement, Safety Education, Apprenticeship and Training Fund, by William Sullivan and David Cardimino, as Trustees, et al. v. Nationwide Rock & Recycling Corp.
      Civil Action No. 03-30305-MAP

Dear Judge Ponsor:

On behalf of the plaintiffs, I am writing to request that the Court extend plaintiffs' time to file the Motion for Default Judgment in the above referenced action.

This is an action under the Employee Retirement Income Security Act of 1974 ["ERISA"] to collect delinquent fringe benefit contributions and deductions owed to employee benefit plans for the period May 2002 to date. While plaintiffs know the amount due for the period May 1, 2002 through July 31, 2002, the exact amount due and owing subsequent to July 31, 2002 is unknown since the defendant has not produced its books and records for a payroll audit. Plaintiffs have served a Request for Production of Documents on the defendant, seeking to review the necessary documents on August 4, 2004. To date, we have not received a response from the defendant.

Based on the foregoing, plaintiffs respectfully request that the Court extend the deadline for filing a Motion for Judgment from August 6, 2004 to November 8, 2004. The extension will allow plaintiffs to continue efforts to obtain the necessary records and, in the

# Blitman & King
LLP

July 23, 2004
Page 2

event the defendant does not voluntarily comply, to obtain the Court's assistance in compelling the production.

    Thank you for your consideration.

                              Respectfully submitted,

                              BLITMAN & KING LLP

                              *Charles E. Blitman* /KAH

                              Charles E. Blitman
                              Bar Roll No. 653148

KAH/jlr

cc:    Barbara Lane, Administrator
       I.U.O.E. Local 98 Funds

Jlr\kah\IUOE98\Nationwide\Ponsor.doc