From: 413 525 7553      Page: 2/32      Date: 8/3/2004 1:03:47 PM

VT. + N.H.    HEAVY AND HIGHWAY, N.H. BUILDING

THIS AGREEMENT made this First day of April, 2000 by and between the SIGNATORY CONTRACTORS hereinafter referred to as the "Employer" and THE HOISTING AND PORTABLE ENGINEERS, LOCAL 98, 98A, 98B, and 98R, INTERNATIONAL UNION OF OPERATING ENGINEERS, A.F.L.-C.I.O., hereinafter referred to as the "UNION".

## PREAMBLE

This Agreement is entered into to facilitate the adjustment of grievances and disputes between employers and employees; to provide insofar as possible, for the continuous employment of labor and to bring about stable conditions in the industry, and to establish necessary procedure for the amicable adjustment of all disputes which may arise between the employers and employees. In the event that special conditions exist in connection with a particular project, the Employer and the Union may enter into a Project Agreement containing provisions differing from those contained herein to the project involved during the life of the Project Agreement.

## SCOPE OF EMPLOYMENT

The terms of this Agreement shall apply to all work within the jurisdiction of Hoisting and Portable Engineers in connection with all operations usually undertaken by the Highway and Heavy Construction Industry, including but not limited to highway, heavy and utility construction on roads, streets, alleys, sidewalks, parkways, parking areas, airports, bridle paths, athletic fields, highway and railroad bridges, asphalt plants, aggregate processing plants, tunnels, water treatment plants, sewage treatment plants, subways, driveways, grade separation involving high-ways, conduits, service mains, sewers in trenches, foundations other than used exclusively in building construction, earth dams, snow removal, flood control projects, filter beds and filtration plants, including the assembly, operation and maintenance of all equipment (including Helicopters used for hoisting materials or equipment), vehicles and facilities used in connection with and serving the aforementioned work and services except when the matter of repairs is such that they cannot be made by employees. There shall be excluded, however, from this Agreement all building construction, oil terminals, piers, docks and marine construction. All equipment normally manned by Operating Engineers will be assigned to Operating Engineers.

## TERRITORIAL JURISDICTION

This Agreement applies to the territorial jurisdiction granted to Local 98 by the International Union of Operating Engineers, AFL-CIO, for the following counties in the State of New Hampshire: Cheshire, Hillsboro, Merrimack, Sullivan and Grafton; and for the entire State of Vermont.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553    Page: 6/32    Date: 8/3/2004 1:03:48 PM

## WAGES

| | | |
|---|---|---|
| Effective Date | | April 1, 2002 |
| Classification | 1 | $22.50 |
| | 2 | 20.50 |
| | 3 | 20.50 |
| | | |
| Health & Welfare | | 3.40 |
| Pension Fund | | 1.35 |
| Central Pension Fund | | .30 |
| Training Fund | | .05 |
| Annuity Fund | | .55 |
| Cooperative Trust | | .25 |

THERE SHALL BE AN EIGHTEEN (18) MONTH CARRY-OVER ON WAGES FROM THE DATE OF BIDDING ON POSTED RATE JOBS.

THE MANNING AND WAGE RATE FOR THE OPERATION OF ANY EQUIPMENT FOR WHICH A WAGE RATE DOES NOT APPEAR IN ANY CLASSIFICATION WILL BE DETERMINED BY THE PARTIES BY MEETING IMMEDIATELY TO NEGOTIATE SAID MANNING AND RATE. THE RATE DETERMINED SHALL BE PAID FROM THE TIME THE MACHINE STARTED TO WORK.

Registered Apprentice Rate:

First six months or 1, 000 hours  —  50% of Classification 3

Second six months or 1,000 hours  —  55% of Classification 3

Third six months or 1,000 hours  —  60% of Classification 3

Fourth six months or 1,000 hours  —  65% of Classification 3

Fifth six months or 1,000 hours  —  70% of Classification 3

Sixth six months or 1,000 hours  —  75% of Classification 3

Seventh six months or 1,000 hours  --  85% of Classification 3

Eighth six months or 1,000 hours  --  95% of Classification 3

5

From: 413 525 7553    Page: 7/32    Date: 8/3/2004 1:03:48 PM

In no event shall an Apprentice receive a rate higher than that of the Classification in which he is employed.

There shall be an Apprentice, one per job, providing the contract bid price is $1,000,000.00 or more.

## EMPLOYEE SAVINGS PLAN

The Employer shall deduct fifty (.50) cents per hour from wages to be deposited in the name of the employee with the FHBT Credit Union, PO Box 277, Northampton, MA 01061, on behalf of those employees who wish to participate in this Savings Plan.

## HEALTH AND WELFARE, PENSION, TRAINING, ANNUITY AND COOPERATIVE TRUST FUNDS

1. Each Employer who is a party to this Agreement agrees to and shall pay and contribute an amount equal to that shown under "Schedule of Wages" in this Agreement to the following funds:

   a. International Union of Operating Engineers, Local 98, Health and Welfare Fund, hereinafter referred to as the "Welfare Fund".

   b. International Union of Operating Engineers, Local 98, Pension Fund, hereinafter referred to as the "Pension Fund".

   c. Central Pension Fund of the International Union of Operating Engineers and Participating Employers, hereinafter referred to as the "Central Pension Fund".

   d. Annuity Fund of Local 98, International Union of Operating Engineers, hereinafter referred to as the "Annuity Fund".

   e. Joint Labor Management Cooperative Trust of Local 98, hereinafter referred to as the "Cooperative Trust".

2. The respective rates per hour as shown in the "Schedule of Wages" in the Agreement shall be paid for each payroll hour (an overtime hour for this purpose shall be considered a single hour) and proportionately for each part of such an hour for each person covered by this Agreement and employed on construction projects on which the Employer shall be engaged or otherwise in the hire of the Employer.

3. On or before the 10th day of each month the said payment shall be due and payable for all such payroll periods ending the next preceding month; but in the case of operations of less than a month's duration, or

6

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553    Page: 8/32    Date: 8/3/2004 1:03:48 PM

in the case of employers who are repeatedly delinquent in payments, the payment shall be due weekly and payable within three (3) days after the end of the payroll week.

4. The Employer agrees that the obligations to make payments shall be on a parity with and enforceable, with respect to each fund, as the obligation to pay wages, and this inclusive of the priorities incident to and in proceedings for the relief of debtors; and this ARTICLE shall bind all legal representatives, successors, and assigns of an Employer.

5. The Trustees, or their representative when authorized by the Trustees in each case, shall have right to inspect at all reasonable times, the individual payroll records and such other records of an Employer as are deemed necessary and pertinent to determine whether such Employer is making due and full payment of its Employer Contributions.

6. Failure of the Employer to comply with this ARTICLE or any part thereafter may be treated by the Local as a breach of the working agreement between the Local and the defaulting Employer; and notwithstanding other provisions of this Agreement (Arbitration, Page 13), or otherwise to the contrary, immediate work stoppage and use of picket lines against such defaulting Employer are permitted provided the Union shall give the Employer ten (10) days written notice of its' intention to take such economic action against him. The defaulting Employer will also be assessed interest charges at the current prime rate after sixty (60) days and additional liquidated damages at the rate of ten (10) per cent after ninety (90) days. An Employer who is continually delinquent may be required to furnish the Trustees with a Surety Bond, and all costs, inclusive of legal fees, incurred by the Funds in the collection of such obligations shall be borne by the defaulting Employer.

7. Notwithstanding any termination or cancellation under this Agreement or otherwise, the obligations of this ARTICLE and of the several Declarations of Trust shall be deemed continuous and the Health & Welfare Plan, Pension Plan, Central Pension Plan, Annuity Plan and Cooperative Trust shall not be discontinued pending negotiations of a new Agreement.

8. The Welfare, Pension, Annuity and Cooperative Trust respectively, shall be administered by an equal number of Trustees appointed and/or elected by the Local and by the Associations (unless it shall be mutually agreed to increase or decrease the number of Trustees or to consolidate the Welfare Fund, Pension Fund, Annuity Fund and Cooperative Trust with the funds respective of other similar Funds) under one or more Agreements and Declarations of Trust as they are or shall be executed by such Trustees.

9. Employer agrees to be bound by the Agreement and Declaration of Trust entered into as of September 7, 1960, establishing the Central

7

From: 413 525 7553     Page: 9/32     Date: 8/3/2004 1:03:48 PM

Pension Fund of the International Union of Operating Engineers and Participating Employers and by any amendments to said Trust Agreement. Employer irrevocably designates as his representatives among the trustees of said fund such trustees as are named in said Agreement and Declaration of Trust as employer trustees, together with their successors selected in the manner provided in said Agreement and Declaration of Trust as that document may be amended from time-to-time.

10. The Welfare Fund shall be used for the purpose of providing health and welfare benefits for employees covered by this Agreement and their dependents by means of insurance or otherwise in the discretion of the Trustees.

11. The Pension Funds shall be used for the purpose of providing pension benefits for employees by this Agreement by means of insurance or otherwise in the discretion of the Trustees.

13. The Annuity Fund shall be used for the purpose of providing retirement or lump sum benefits for employees and their dependents covered by this Agreement in the discretion of the Trustees.

14. The Cooperative Trust shall be used for the purpose of providing relief to our signatory contractors who are bidding work against non-union contractors in an effort to obtain more work for our members.

## WORKING CONDITIONS

1. Any engineer or assistant engineer desiring to quit his job shall notify his employer and business agent and he shall continue on the job until relieved by a competent engineer or assistant engineer.

2. An employer may put an engineer on straight time the day he starts work, regardless what day it may be and must notify the engineer.

3. If the engineer is put on straight time at the end of a fraction of a week, he shall be paid at the broken time rate for the time already worked.

4. When an employer changes an engineer from straight time to broken time or from broken time to straight time, he shall notify the engineer of the change made, and same takes effect the following Monday.

5. On overtime, nothing less than one-half hour's pay for a fraction of an hour worked.

6. Engineers and assistant engineers shall be paid before stopping time on regular pay day. In case they are not paid, they shall receive straight

8

From: 413 525 7553    Page: 11/32    Date: 8/3/2004 1:03:48 PM

15. Where equipment is rented, manned by an Employer covered by this Agreement, to a Union contractor, these Agreement rates and conditions shall apply. If such rental is to a non-union contractor, the private work rates shall apply.

16. An Employer who requires an employee to move equipment to any job, location, project or yard and such assignment causes the employee to be without his own vehicle, the Employer shall provide the employee with transportation back to his vehicle and shall pay him at the appropriate rate.

17. No employee shall be held responsible for equipment not properly registered or because a permit was not obtained under any applicable law or regulation. In any such case, the Employer will assume the legal costs involved in the defense of the employee and shall pay any fines or other assessments levied against the employee. The Employer shall reimburse the employee for any working time lost in connection with any such proceedings, where he was directed to move such equipment at the direction of the Employer or the Employer's representative.

In the event the employee's operating license is suspended solely for the reasons stated herein, the Employer shall be liable for the work opportunity lost, at no less than his regular earnings.

### LIABILITY INSURANCE

The Employer agrees without cost to the employees to provide Third Party and Public Liability Insurance coverage in the amount of no less than $500,000.00, or more than $1,000,000.00, or those amounts set fourth by the States of New Hampshire and Vermont.

### ADMINISTRATIVE EXPENSE DUES

Upon notification by the Union that a uniform administrative dues deduction has been authorized by the employees of the Employer, the employer shall deduct said uniform administrative dues. The Union shall be responsible for obtaining all individual signed authorizations.

The Union will hold harmless the employers for any liabilities under said deductions.

### SHAFTS AND TUNNELS

These provisions are supplementary to terms and provisions set forth elsewhere in this Agreement.

1. When two shifts are employed on shaft and tunnel work, the starting

10

From: 413 525 7553     Page: 16/32     Date: 8/3/2004 1:03:49 PM

The terms of this Agreement shall become effective as of April 1, 2000 and subject to the following conditions, shall continue in effect until March 31, 2005. This Agreement shall continue to be effective from year to year unless either party on or before January 1, 2005 or prior to January 1st in any year thereafter gives notice in writing to the other party of its intention to terminate, alter or amend this Agreement.

It is further agreed that the Parties shall meet before March 1, 2001 to negotiate wage and/or fringe benefit rates for the second year of the Agreement and before March 1, 2002 to negotiate wage and/or fringe benefit rates for the third year of the Agreement. It is further agreed that any other terms and conditions of employment shall not be subject to direct or indirect negotiation for the full duration of the Agreement, except by mutual agreement of the Parties.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed by their duly authorized representatives the day and year first above written.

FOR THE EMPLOYER                        FOR THE UNION


_____                 _____
                                         Business Manager/President


                                         _____
                                         Recording Secretary

From: 413 525 7553     Page: 2/2     Date: 8/3/2004 3:35:54 PM

NH     H & H     and     MH     Own Ops
V+                        V+



# INTERNATIONAL UNION OF OPERATING ENGINEERS
## LOCAL 98 AFL-CIO

JOHN J. RICHARDS
BUSINESS MANAGER/PRESIDENT

TWO CENTER SQUARE, P.O. BOX 217
EAST LONGMEADOW, MA 01028
TEL. (413) 525-4291

THE FOLLOWING ARE THE WAGE AND FRINGE BENEFIT RATES FOR
THE NEW HAMPSHIRE COUNTIES OF CHESHIRE, HILLSBORO, GRAFTON,
MERRIMACK AND SULLIVAN, EFFECTIVE APRIL 1, 2000:

| Effective Dates: | April 1, 2000 |
|---|---|
| EARTH MOVING EQUIPMENT | $22.00 |
| COMPACTION ROLLER | 20.00 |
| UTILITY OPERATORS | 20.00 |
| | |
| HEALTH & WELFARE | 3.40 |
| PENSION FUND | 1.35 |
| CENTRAL PENSION FUND | .30 |
| TRAINING FUND | .05 |
| ANNUITY FUND | .55 |
| COOPERATIVE TRUST | .25 |

Deductions:   Administrative dues deduction of 2-1/2% (two
and one half per cent) of gross weekly wages
and ᴛ03¢ᴇ(three cents) per hour for the
Social Action Fund.

John J. Richards
Business Manager/President

EFF 4/1/01  Joe
per



# INTERNATIONAL UNION OF OPERATING ENGINEERS

## LOCAL 98 AFL-CIO 

JOHN J. RICHARDS
BUSINESS MANAGER/PRESIDENT

TWO CENTER SQUARE, P.O. BOX 217
EAST LONGMEADOW, MA 01028
TEL. (413) 525-4291

### VERMONT AND NEW HAMPSHIRE HEAVY & HIGHWAY AGREEMENT

**AGREEMENT COVERING WAGES, WORKING RULES AND OTHER CONDITIONS OF EMPLOYMENT, ENTERED INTO BETWEEN**

NATIONWIDE

200 CENTER STREET

BELLINGHAM, MA  02019

**AND THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 98 AND ITS BRANCHES; PO BOX 217, EAST LONGMEADOW, MASSACHUSETTS.**

The undersigned Employer, when performing work within the jurisdiction of Local 98, IUOE, hereby agrees to be bound by the terms and conditions of a collective bargaining Agreement entered into by and between said Local 98 and Individual Signator Contractors, dated April 1, 1997 for Heavy and Highway work in the State of Vermont and Local 98's jurisdiction in the State of New Hampshire; and as it is amended from time to time; and to accept the terms and conditions of the Agreements and Declarations of Trust of the said Local 98 Pension Fund, Health & Welfare Fund, Training Fund Annuity Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers and to make contributions to said Funds in the manner and mode as adopted by the Trustees of the said Funds.

This Agreement shall remain in full force and effect unless terminated by either party upon written notice to the other party at least sixty days before the expiration date of any subsequent Agreement of said Employers with Local Union 98.

Witness our hand and seals this ___25^{Th}___ day of ___MAy___,
~~~~ 2000

FOR THE EMPLOYER

FOR THE UNION

BRANCH OFFICES

290 MERRILL ROAD
PITTSFIELD, MA 01201
TEL. (413) 442-2255

5 SHEEP DAVIS ROAD, RR #4, BOX 331
CONCORD NH 03301 - TEL. (603) 228-3590

150 CHERRY STREET
BURLINGTON, VT 05401
TEL. (802) 863-2734

From: 413 525 7553      Page: 17/32      Date: 8/3/2004 1:03:49 PM

THIS AGREEMENT made this First day of April, 2003 by and between the SIGNATORY CONTRACTORS hereinafter referred to as the "Employer" and THE HOISTING AND PORTABLE ENGINEERS, LOCAL 98, 98A, 98B, and 98R, INTERNATIONAL UNION OF OPERATING ENGINEERS, A.F.L.-C.I.O., hereinafter referred to as the "UNION".

## PREAMBLE

This Agreement is entered into to facilitate the adjustment of grievances and disputes between employers and employees; to provide insofar as possible, for the continuous employment of labor and to bring about stable conditions in the industry, and to establish necessary procedure for the amicable adjustment of all disputes which may arise between the employers and employees. In the event that special conditions exist in connection with a particular project, the Employer and the Union may enter into a Project Agreement containing provisions differing from those contained herein to the project involved during the life of the Project Agreement.

## SCOPE OF EMPLOYMENT

The terms of this Agreement shall apply to all work within the jurisdiction of Hoisting and Portable Engineers in connection with all operations usually undertaken by the Highway and Heavy Construction Industry, including but not limited to highway, heavy and utility construction on roads, streets, alleys, sidewalks, parkways, parking areas, airports, bridle paths, athletic fields, highway and railroad bridges, asphalt plants, aggregate processing plants, tunnels, water treatment plants, sewage treatment plants, subways, driveways, grade separation involving high-ways, conduits, service mains, sewers in trenches, foundations other than used exclusively in building construction, earth dams, snow removal, flood control projects, filter beds and filtration plants, including the assembly, operation and maintenance of all equipment (including Helicopters used for hoisting materials or equipment), vehicles and facilities used in connection with and serving the aforementioned work and services except when the matter of repairs is such that they cannot be made by employees. There shall be excluded, however, from this Agreement all building construction, oil terminals, piers, docks and marine construction. All equipment normally manned by Operating Engineers will be assigned to Operating Engineers.

Further, the terms of this Agreement shall apply to all work covered by the jurisdiction of the Hoisting and Portable Branch of Operating Engineers in Building Construction, demolition, alterations, remodeling and repairs; including helicopter operators who are employed in the actual process of building construction.

1

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## CLASSIFICATIONS

1) All Earth Moving and Hoisting Equipment

2) Compaction Roller

3) Utility Operator

### WAGES

| Effective Date | | 4-1-03 | 4-1-04 | 4-1-05 |
|---|---|---|---|---|
| Classification | 1 | $22.50 | $22.50 | $22.50 |
| | 2 | 20.50 | 20.50 | 20.50 |
| | 3 | 20.50 | 20.50 | 20.50 |
| Health & Welfare | | 3.90 ✓ | 3.90 | 4.15 ✓ |
| Pension Fund | | 1.35 | 1.60 ✓ | 1.60 |
| Central Pension Fund | | .30 | .30 | .30 |
| Training Fund | | .05 | .05 | .05 |
| Annuity Fund | | .55 | .55 | .55 |
| Cooperative Trust | | .25 | .25 | .25 |

THERE SHALL BE AN EIGHTEEN (18) MONTH CARRY-OVER ON WAGES FROM THE DATE OF BIDDING ON POSTED RATE JOBS.

THE MANNING AND WAGE RATE FOR THE OPERATION OF ANY EQUIPMENT FOR WHICH A WAGE RATE DOES NOT APPEAR IN ANY CLASSIFICATION WILL BE DETERMINED BY THE PARTIES BY MEETING IMMEDIATELY TO NEGOTIATE SAID MANNING AND RATE. THE RATE DETERMINED SHALL BE PAID FROM THE TIME THE MACHINE STARTED TO WORK.

Apprentices shall be paid a progressive increase schedule of wages based on a percentage of the current journeyworker wage rate as follows OR as per the collective bargaining Agreement.

60% - one to one thousand hours

70% - one thousand one to two thousand hours

5

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553    Page: 22/32    Date: 8/3/2004 1:03:49 PM

80% - two thousand one to four thousand hours

90% - four thousand one to six thousand hours

In no event shall an Apprentice receive a rate higher than that of the Classification in which he is employed.

There shall be an Apprentice, one per job, providing the contract bid price is $1,000,000.00 or more.

### EMPLOYEE SAVINGS PLAN

The Employer shall deduct fifty (.50) cents per hour from wages to be deposited in the name of the employee with the FHBT Credit Union, PO BOX 777, Northampton, MA 01061, on behalf of those employees who wish to participate in this Savings Plan.

### HEALTH AND WELFARE, PENSION, TRAINING, ANNUITY AND COOPERATIVE TRUST FUNDS

1. Each Employer who is a party to this Agreement agrees to and shall pay and contribute an amount equal to that shown under "Schedule of Wages" in this Agreement to the following funds:

   a. International Union of Operating Engineers, Local 98, Health and Welfare Fund, hereinafter referred to as the "Welfare Fund".

   b. International Union of Operating Engineers, Local 98, Pension Fund, hereinafter referred to as the "Pension Fund".

   c. Central Pension Fund of the International Union of Operating Engineers and Participating Employers, hereinafter referred to as the "Central Pension Fund".

   d. Annuity Fund of Local 98, International Union of Operating Engineers, hereinafter referred to as the "Annuity Fund".

   e. Joint Labor Management Cooperative Trust of Local 98, hereinafter referred to as the "Cooperative Trust".

2. The respective rates per hour as shown in the "Schedule of Wages" in the Agreement shall be paid for each payroll hour (an overtime hour for this purpose shall be considered a single hour) and proportionately for each part of such an hour for each person covered by this Agreement and employed on construction projects on which the Employer shall be engaged or otherwise in the hire of the Employer.

3. On or before the 10th day of each month the said payment shall be due and payable for all such payroll periods ending the next preceding

6

From: 413 525 7553        Page: 23/32        Date: 8/3/2004 1:03:50 PM

month; but in the case of operations of less than a month's duration, or in the case of employers who are repeatedly delinquent in payments, the payment shall be due weekly and payable within three (3) days after the end of the payroll week.

4. The Employer agrees that the obligations to make payments shall be on a parity with and enforceable, with respect to each fund, as the obligation to pay wages, and this inclusive of the priorities incident to and in proceedings for the relief of debtors; and this ARTICLE shall bind all legal representatives, successors, and assigns of an Employer.

5. The Trustees, or their representative when authorized by the Trustees in each case, shall have right to inspect at all reasonable times, the individual payroll records and such other records of an Employer as are deemed necessary and pertinent to determine whether such Employer is making due and full payment of its Employer Contributions.

6. Failure of the Employer to comply with this ARTICLE or any part thereafter may be treated by the Local as a breach of the working agreement between the Local and the defaulting Employer; and notwithstanding other provisions of this Agreement (Arbitration, Page 13), or otherwise to the contrary, immediate work stoppage and use of picket lines against such defaulting Employer are permitted provided the Union shall give the Employer ten (10) days written notice of its' intention to take such economic action against him. The defaulting Employer will also be assessed interest charges at the current prime rate after sixty (60) days and additional liquidated damages at the rate of ten (10) per cent after ninety (90) days. An Employer who is continually delinquent may be required to furnish the Trustees with a surety Bond, and all costs, inclusive of legal fees, incurred by the Funds in the collection of such obligations shall be borne by the defaulting Employer.

7. Notwithstanding any termination or cancellation under this Agreement or otherwise, the obligations of this ARTICLE and of the several Declarations of Trust shall be deemed continuous and the Health & Welfare Plan, Pension Plan, Central Pension Plan, Annuity Plan and Cooperative Trust shall not be discontinued pending negotiations of a new Agreement.

8. The Welfare, Pension, Annuity and Cooperative Trust respectively, shall be administered by an equal number of Trustees appointed and/or elected by the Local and by the Associations (unless it shall be mutually agreed to increase or decrease the number of Trustees or to consolidate the Welfare Fund, Pension Fund, Annuity Fund and Cooperative Trust with the funds respective of other similar Funds) under one or more Agreements and Declarations of Trust as they are or shall be executed by such Trustees.

9. Employer agrees to be bound by the Agreement and Declaration of

7

From: 413 525 7553    Page: 24/32    Date: 8/3/2004 1:03:50 PM

Trust entered into as of September 7, 1960, establishing the Central Pension Fund of the International Union of Operating Engineers and Participating Employers and by any amendments to said Trust Agreement. Employer irrevocably designates as his representative among the trustees of said fund such trustees as are named in said Agreement and Declaration of Trust as employer trustees, together with their successors selected in the manner provided in said Agreement and Declaration of Trust as that document may be amended from time-to-time.

10. The Welfare Fund shall be used for the purpose of providing health and welfare benefits for employees covered by this Agreement and their dependents by means of insurance or otherwise in the discretion of the Trustees.

11. The Pension Funds shall be used for the purpose of providing pension benefits for employees by this Agreement by means of insurance or otherwise in the discretion of the Trustees.

13. The Annuity Fund shall be used for the purpose of providing retirement or lump sum benefits for employees and their dependents covered by this Agreement in the discretion of the Trustees.

14. The Cooperative Trust shall be used for the purpose of providing relief to our signatory contractors who are bidding work against non-union contractors in an effort to obtain more work for our members.

## WORKING CONDITIONS

1. Any engineer or assistant engineer desiring to quit his job shall notify his employer and business agent and he shall continue on the job until relieved by a competent engineer or assistant engineer.

2. An employer may put an engineer on straight time the day he starts work, regardless what day it may be and must notify the engineer.

3. If the engineer is put on straight time at the end of a fraction of a week, he shall be paid at the broken time rate for the time already worked.

4. When an employer changes an engineer from straight time to broken time or from broken time to straight time, he shall notify the engineer of the change made, and same takes effect the following Monday.

5. On overtime, nothing less than one-half hour's pay for a fraction of an hour worked.

6. Engineers and assistant engineers shall be paid before stopping time

8

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553      Page: 26/32      Date: 8/3/2004 1:03:50 PM

the private work rates and fringes of Local 98 shall apply.

15. Where equipment is rented, manned by an Employer covered by this Agreement, to a Union contractor, these Agreement rates and conditions shall apply. If such rental is to a non-union contractor, the private work rates shall apply.

16. An Employer who requires an employee to move equipment to any job, location, project or yard and such assignment causes the employee to be without his own vehicle, the Employer shall provide the employee with transportation back to his vehicle and shall pay him at the appropriate rate.

17. No employee shall be held responsible for equipment not properly registered or because a permit was not obtained under any applicable law or regulation. In any such case, the Employer will assume the legal costs involved in the defense of the employee and shall pay any fines or other assessments levied against the employee. The Employer shall reimburse the employee for any working time lost in connection with any such proceedings, where he was directed to move such equipment at the direction of the Employer or the Employer's representative.

In the event the employee's operating license is suspended solely for the reasons stated herein, the Employer shall be liable for the work opportunity lost, at no less than his regular earnings.

## LIABILITY INSURANCE

The Employer agrees without cost to the employees to provide Third Party and Public Liability insurance coverage in the amount of no less than $500,000.00, or more than $1,000,000.00, or those amounts set fourth by the States of New Hampshire and Vermont.

## ADMINISTRATIVE EXPENSE DUES

Upon notification by the Union that a uniform administrative dues deduction has been authorized by the employees of the Employer, the employer shall deduct said uniform administrative dues. The Union shall be responsible for obtaining all individual signed authorizations.

The Union will hold harmless the employers for any liabilities under said deductions.

## SHAFTS AND TUNNELS

These provisions are supplementary to terms and provisions set forth elsewhere in this Agreement.

1. When two shifts are employed on shaft and tunnel work, the starting

10

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553    Page: 30/32    Date: 8/3/2004 1:03:50 PM

## STEWARDS

The Union shall appoint a Steward on any job where ten (10) or more Engineers are employed, who shall be selected from the employees then working on the project. The Employer shall be notified of the appointment. The Steward shall be a working Steward. The authority of the job Steward shall be limited and shall not exceed the following duties and activities:

1. The investigation and presentation of grievances in accordance with provisions of this Agreement.

2. The right to inspect the books of all Engineer employees working on the job at reasonable times during working hours, but shall not interfere with or disrupt the work of the project.

3. The right to report to the Business Representative immediately, any violation of this Agreement.

4. The attendance of all injured Engineer employees and the care and safe-keeping of their tools.

Stewards shall have no authority to take strike action. Any Steward taking strike action shall be removed as Steward from the job by the Union and the Union will order the striking men back to work immediately, in the event of such a strike.

Stewards shall not be discriminated against in any manner by the Employer because of the Steward's activities in presenting a just grievance or dispute and the Steward shall not be laid off or discharged without the Employer making a good-faith positive effort to conduct a prior conference with the Business Representative.

The Steward shall have no rights or duties with regards to the hiring or discharging of employees.

## INVALIDITY

The invalidity of any provision herein shall not affect the remainder of this Agreement.

## TERMINATION

The terms of this Agreement shall become effective as of April 1, 2003 and subject to the following conditions, shall continue in effect until March 31, 2006. This Agreement shall continue to be effective

14

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

from year to year unless either party on or before January 1, 2006 or prior to January 1st in any year thereafter gives notice in writing to the other party of its intention to terminate, alter or amend this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed by their duly authorized representatives the day and year first above written.

FOR THE EMPLOYER

John Dargin,
Barletta Engineering

Glen Cairns,
George Cairns & Sons

John Sarad,
Roads Corp.

Rich Zoppo,
R. Zoppo Corp.

FOR THE UNION

Business Manager/President

Recording Secretary

15

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

ALL STATE LEGAL 800-222-0510   EDH   RECYCLED