Agreement and Declaration of Trust

of the

INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98 ANNUITY FUND

AGREEMENT AND DECLARATION OF TRUST

of the

INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98 ANNUITY FUND


## TABLE OF CONTENTS

Section                                                                 Page

### ARTICLE I - Definitions

| | | |
|---|---|---|
| 1 | Employer | 2 |
| 2 | Local Union or Union | 3 |
| 3 | Employee | 4 |
| 4 | Participant | 5 |
| 5 | Beneficiary | 5 |
| 6 | Trustees | 5 |
| 7 | Trust Fund | 5 |
| 8 | Trust Agreement | 6 |
| 9 | Act or ERISA | 6 |
| 10 | Annuity Plan | 6 |
| 11 | Association | 6 |
| 12 | Effective Date | 6 |

### ARTICLE II - Creation and Purposes of Fund

### ARTICLE III - Trustees

| | | |
|---|---|---|
| 1 | Number | 7 |
| 2 | Acceptance of Trusteeship | 8 |
| 3 | Term of Trustees | 8 |
| 4 | Vacancies | 8 |
| 5 | Form of Notification | 8 |
| 6 | Successor Trustees, Assumption of Office | 9 |
| 7 | Limitation of Liability of Trustees | 9 |
| 8 | Office of the Fund | 9 |
| 9 | Officers | 10 |
| 10 | Power to Act in Case of Vacancy | 10 |
| 11 | Meetings; Notices | 10 |
| 12 | Attendance at Meetings; Minutes | 11 |
| 13 | Quorum; Voting; Action without Meeting | 11 |
| 14 | Manner of Acting in the Event of Deadlock | 11 |
| 15 | Removal of Trustee (Violation of Act) | 13 |

Section                                                                 Page

## ARTICLE IV - Contributions and Collections

| 1 | Employer Contributions | 13 |
| 2 | Receipt of Payment and Other Property of Trust | 14 |
| 3 | Collection and Enforcement of Payments | 14 |
| 4 | Production of Records | 15 |
| 5 | Delinquent Contributions; Expenses of Collection | 16 |
| 6 | Non-Payment by an Employer; Others Still Obligated | 16 |

## ARTICLE V - Powers and Duties of Trustees

| 1 | Conduct of Trust Business | 16 |
| 2 | Use of Fund for Expenses | 17 |
| 3 | Use of Fund to Provide Benefits | 17 |
| 4 | Investments | 17 |
| 5 | Deposits and Disbursements | 19 |
| 6 | Allocation and Delegation of Fiduciary Responsibilities | 19 |
| 7 | Fund Administrator | 19 |
| 8 | By-Laws, Rules and Regulations | 20 |
| 9 | Additional Authority | 21 |
| 10 | Bonds | 22 |
| 11 | Insurance | 22 |
| 12 | Information to Participants and Beneficiaries | 23 |
| 13 | Accountants and Actuaries | 23 |
| 14 | Trustees to Act without Compensation | 23 |
| 15 | Reports | 23 |
| 16 | Records of Trustee Transactions | 24 |
| 17 | Construction and Determinations by Trustees | 24 |
| 18 | Liability | 25 |
| 19 | Reliance on Written Instruments | 25 |
| 20 | Reliance by Others | 25 |
| 21 | Discharge of Liability | 25 |
| 22 | Establishment of the Plan | 25 |
| 23 | Establishment of Claims Appeal Procedure | 26 |
| 24 | Attendance at Educational Seminars or Conferences | 27 |
| 25 | Amendment of Plan | 27 |

Section                                                             Page

                ARTICLE VI - Controversies and Disputes

1     Reliance on Records                                            27
2     Submission to Trustees                                         28
3     Settling Disputes                                              28


                    ARTICLE VII - Beneficial Rights

1     No Right, Title or Interest                                    29
2     Assignment Prohibited                                          29
3     Inurement Prohibited; Mistaken Contributions                   29


                    ARTICLE VIII - Additional Parties

1     Additional Employers                                           30
2     Mergers                                                        30


                        ARTICLE IX - Amendments

1     Trust Agreement                                                30
2     Compliance with ERISA                                          30


                    ARTICLE X - Termination of Trust


                    ARTICLE XI - Construction of Trust


                    ARTICLE XII - Miscellaneous

1     Trustee Powers after Termination                               31
2     Counterparts                                                   31
3     Enforceability of Trust Provisions                             32
4     Designee for Service of Process                                32

Agreement and Declaration of Trust

of the

INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98 ANNUITY FUND

WHEREAS, Local 98 of the International Union of Operating Engineers, AFL-CIO, of East Longmeadow, Massachusetts, (hereinafter referred to as the "Union") is a labor union having entered into a Collective Bargaining Agreement with the Labor Policy Division, Construction Industry Association of Western Massachusetts, Inc. of 1255 Westfield Street, West Springfield, Massachusetts, and Labor Relations Division of the Construction Industries of Massachusetts of 1300A Worcester Road, Framingham Center, Massachusetts, the Area Contractors of New Hampshire and Vermont who are not members of the aforesaid Associations; together with all such other Employers who may now or hereafter become parties to this plan (hereinafter referred to as the "Employers"); and

WHEREAS, said agreements provide, among other things, for the payment, by said employers, to the Trustees of this Trust Fund, known as the International Union of Operating Engineers Local 98 Annuity Fund, of hourly contributions as set forth in said agreements; and

WHEREAS, it is necessary and desirable to enter into a written Agreement and Declaration of Trust establishing the International Union of Operating Engineers Local 98 Annuity Fund; and

WHEREAS, the Trustees, designated and in office, as such, have executed this Agreement and Declaration of Trust as indicating their acceptance of the respective duties imposed upon them as Trustees under the terms of this Agreement; and

any issue arising under or involving the interpretation of any collective bargaining agreements between the Union, the Association and other Employers, and such impartial umpire shall have no power or authority to change or modify any provisions of any such collective bargaining agreements.

Section 15. __Removal of Trustee (Violation of Act)__. The Board of Trustees shall initiate action to cause the removal of any fellow member Trustee who may be serving as a Trustee in violation of the Act. The vacancy or vacancies caused by such a removal shall be filled in accordance with Section 4 of this Article.

ARTICLE IV
CONTRIBUTIONS AND COLLECTIONS

Section 1. __Employer Contributions__.

(a) Each Employer shall make prompt contributions or payments to the Trust Fund in such amount and under the terms as are provided for in the applicable collective bargaining agreement in effect from time to time between the Employer or his bargaining representative and the Union. An Employer may also be required to make contributions in such amount and under such terms as such Employer may be obligated, in writing, to make, provided that such contributions shall be subject to acceptance by the Trustees. The Employer agrees that such contributions shall constitute an absolute obligation to the Trust Fund, and such obligation shall not be subject to set-off or counterclaim which the Employer may have for any liability of the Union or of an Employee.

- 13 -

(b)   Contributions to the Fund shall be paid to the Trustees or to such depository as the Trustees shall designate, only by check, bank draft, money order or other recognized written method of transmitting money or its equivalent, made payable to the order of International Union of Operating Engineers Local 98 Annuity Fund.  The payment of contributions shall be made periodically at such times as the Trustees shall specify by rules and regulations or as may be provided in the applicable collective bargaining agreement.

(c)   Each Employer shall be responsible only for the contributions payable by him on account of Employees covered by him, except as may be otherwise provided by law. The Employer shall not be responsible for the contributions, payments or other obligations of any other Employer, or otherwise.

(d)   In the event an Employee employed by an Employer, as defined herein, shall perform work outside of the geographical jurisdiction of the Union, the Employer may continue to make payments to the Trust Fund and the Trustees may accept such payments.

Section 2.  <u>Receipt of Payment and Other Property of Trust</u>. The Trustees or such other person or entity designated or appointed by the Trustees are hereby designated as the persons to receive the payments heretofore or hereafter made to the Trust Fund by the Employers and Employees.  The Trustees are hereby vested with all right, title and interest in and to such moneys and all interest which may be accrued thereon, and are authorized to receive and be paid the same.

Section 3.  <u>Collection and Enforcement of Payments</u>.  The Trustees, or such committee of the Trustees as the Board of Trustees shall

- 14 -

appoint, or the Fund Administrator if one has been appointed and when directed by such committee or by the Board of Trustees, shall have the power to demand, collect and receive Employer payments and all other money and property to which the Trustees may be entitled, and shall hold the same until applied to the purposes provided in this Trust Agreement.  They shall take such steps, including the institution and prosecution of, or the intervention in, such legal or administrative proceedings as the Trustees in their sole discretion determine to be in the best interest of the Trust Fund for the purpose of collecting such payments, money and property, without prejudice, however, to the rights of the Union to take whatever steps it deems necessary and wishes to undertake for such purposes.

Section 4.  <u>Production of Records</u>.  Each Employer shall promptly furnish to the Trustees, on demand, the names of his Employees, their Social Security numbers, the hours worked by each Employee and such other information as the Trustees may reasonably require in connection with the administration of the Trust Fund and for no other purpose. The Trustees may, by their respective representatives, examine the pertinent employment and payroll records of each Employer at the Employer's place of business whenever such examination is deemed necessary or advisable by the Trustees in connection with the proper administration of the Trust Fund.  The Trustees may require, in the cases of Employers with offices outside the geographical jurisdiction of the Union, that the Employer produce the above-referred to records for examination at the Office of the Fund.  The Union shall, upon the request of the Trustees, promptly furnish information in respect to an

Employee's employment status.

Section 5. <u>Delinquent Contributions; Expenses of Collection</u>. The Trustees may require the payment by Employers of liquidated damages and interest (as provided in the Plan or in a separate collections policy established by the Trustees) and of other costs and expenses (such, as without limitation, attorneys' fees, paralegal fees, accountant's fees, filing fees and cost of service of papers and all other costs and disbursements) incurred by the Trustees and arising out of the collection of an Employer's delinquent contributions.

Section 6. <u>Non-Payment by An Employer; Others Still Obligated</u>. Non-payment, by any Employer, of any contribution or other moneys owed to the Fund shall not relieve any other Employer from his or its obligation to make required payments to the Trust Fund.

ARTICLE V
POWERS AND DUTIES OF TRUSTEES

Section 1. <u>Conduct of Trust Business</u>. The Trustees shall have general supervision of the operation of this Trust Fund and shall conduct the business and activities of the Trust Fund in accordance with this Trust Agreement and applicable law. The Trustees shall hold, manage and protect the Trust Fund and collect the income therefrom and contributions thereto. The Trustees may, in the course of conducting the business of the Trust, execute all instruments in the name of the International Union of Operating Engineers Local 98 Annuity Fund which instruments shall be signed by at least one Employer and one Employee Trustee, provided, however, any one

- 16 -

Trustees, administer the office or offices of the Trust Fund and of the Trustees, coordinate and administer the accounting, bookkeeping and clerical services, provide for the coordination of various services furnished by any consultants to the Fund, prepare (in cooperation where appropriate with any consultant and independent auditor) all reports and other documents to be prepared, filed or disseminated by or on behalf of the Trust in accordance with law, assist in the collection of contributions required to be paid to the Trust Fund by Employers and perform such other duties and furnish such other services as may be assigned, delegated or directed or as may be contracted by or on behalf of the Trustees. The Fund Administrator shall be the custodian on behalf of the Trustees of all documents and other records of the Trustees and of the Trust Fund.

Section 8.   <u>By-Laws, Rules and Regulations</u>.

(a)   The Trustees are hereby empowered and authorized to adopt by-laws and to promulgate any and all necessary rules and regulations which they deem necessary or desirable to facilitate the proper administration of the Trust Fund, provided the same are not inconsistent with the terms of this Trust Agreement. All by-laws, rules and regulations adopted by action of the Trustees shall be binding upon all parties hereto, all parties dealing with the Trust Fund and all persons claiming any benefits hereunder.

(b)   No by-law, regulation, rule, action or determination made or adopted by the Trustees, nor any decision or determination made by any impartial umpire appointed pursuant to Article III, Section 14(b) of this Agreement, shall in any manner conflict or be

- 20 -

inconsistent (1) with any provision of the applicable current collective bargaining agreement in effect, or which may be made, between an Employer and the Union, (2) with this Trust Agreement and (3) with any applicable Federal, State or local law.

Section 9. <u>Additional Authority</u>. The Trustees are hereby empowered in addition to such other powers as are set forth herein or conferred by law,

(a) to enter into any and all contracts and agreements for carrying out the terms of this Trust Agreement and for the administration of the Trust Fund, and to do all acts as they, in their discretion, may deem necessary or advisable, and such contracts and agreements and acts shall be binding and conclusive on the parties hereto and on the Participants involved;

(b) to keep property and securities registered in the names of the Trustees or of the Fund or in the name of any other individual or entity duly designated by the Trustees;

(c) to establish and accumulate as part of the Trust Fund such reasonable reserve funds as the Trustees, in their sole discretion, deem necessary or desirable to carry out the purposes of such Trust Fund;

(d) to pay out of the Trust Fund all real and personal property taxes, income taxes, and other taxes of any and all kinds levied or assessed under existing or future laws upon or in respect to the Trust Fund, or any money, property, or securities forming a part thereof;

(e) to enter into agreements with the trustees of other

Trustee, unless otherwise required by applicable law or regulations.

Section 16. <u>Records of Trustee Transactions</u>. The Trustees shall keep true and accurate books of account and a record of all of their transactions and meetings (including actions taken at such meetings and by informal action of the Trustees), which records and books shall be audited at least annually by an independent qualified public accountant. A copy of each audit report shall be furnished both to the Association and to the Union and shall be available for inspection by interested persons at the principal office of the Trustees.

Section 17. <u>Construction and Determinations by Trustees</u>. Subject to the stated purposes of the Fund and the provisions of this Agreement, the Trustees shall have full and exclusive authority to determine all questions of coverage and eligibility, methods of providing or arranging for benefits and all other related matters. They shall have full power to construe the provisions of this Agreement, the terms used herein and the by-laws and regulations issued thereunder. Any such determination and any such construction adopted by the Trustees in good faith shall be binding upon all of the parties hereto and any Beneficiaries hereof. No matter respecting the foregoing or any difference arising thereunder or any matter involved in or arising under this Trust Agreement shall be subject to the grievance or arbitration procedure established in any collective bargaining agreement between the Employer and the Union, provided, however, that this clause shall not affect the rights and liabilities of any of the parties under any of such collective bargaining agreements.

of which shall be deemed the sole original if the others be not produced.

Section 3. Enforceability of Trust Provisions. In the event that any of the provisions herein contained shall be invalid or unenforceable, such declaration or adjudication shall not in any manner affect or impair the validity or the enforceability of the other and remaining provisions of this Trust and such other and remaining provisions shall remain in full force and effect as though such invalid or unenforceable provisions or clauses had not been herein included or made a part hereof

Section 4. Designee for Service of Process. The Board of Trustees, or any individual Trustee is designated as the agent of the Trust upon whom process against the Trust may be served. The address where any process against the Trust may be served is:

Two Center Square
P.O. Box 217
East Longmeadow, Massachusetts 01028

IN WITNESS WHEREOF, the Trustees, the Association and the Union have executed this Agreement and Declaration of Trust of the International Union of Operating Engineers Local 98 Annuity Fund and have evidenced their ratification and consent to be bound by the Trust created herein, effective the ___ day of _____, 1988.

Consented to and approved this _17_ day of _October_ , 1988.

EMPLOYER TRUSTEES:

_(signature)_
Earle H. Harris, Jr.

_(signature)_
Charles J. O'Brien

_(signature)_
Stephen M. Brox

UNION TRUSTEES:

_(signature)_
E. Robert Bousquet

_(signature)_
John J. Richards

_(signature)_
Christopher Clark

FLAGRMNT/426

- 33 -

INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98 ANNUITY FUND

AGREEMENT AND DECLARATION OF TRUST

### AMENDMENT

Pursuant to Article IX, Section 1, the Agreement and Declaration of Trust of the International Union of Operating Engineers Local 98 Annuity Fund is hereby amended by deleting the provisions of Article V, Section 17, "Construction and Determination by Trustees," in their entirety, and substituting the following in lieu thereof:

Section 17. <u>Construction and Determinations by Trustees</u>.

Notwithstanding any other provision of this Trust Agreement, the Board of Trustees, or their designee, shall have exclusive authority and discretion to:

(a)  Determine whether an individual is eligible for any benefits under the Annuity Plan;

(b)  Determine the amount of benefits, if any, an individual is entitled to from the Annuity Plan;

(c)  Determine or find facts that are relevant to any claim for benefits from the Annuity Plan;

(d)  Interpret all of the Annuity Plan's provisions;

(e)  Interpret all of the provisions of the Summary Plan Description booklet;

(f)  Interpret the provisions of any Collective Bargaining Agreement or written Participation Agreement involving or impacting the Annuity Plan;

(g)  Interpret the provisions of the Trust Agreement governing the operation of the Annuity Plan;

(h)  Interpret all the provisions of any other document or instrument involving or impacting the Annuity Plan;

(i)  Interpret all of the terms used in the Annuity Plan, the Summary Plan Description booklet, and all of the

other previously mentioned agreements, documents, and instruments;

(j)   Administer and value employees' Individual Accounts; and

(k)   Uniformly reduce the amount in each Employee's Individual Account.

All such determinations and interpretations made by the Trustees, or their designee:  shall be final and binding upon any individual claiming benefits under the Annuity Plan, and upon all Employees, all Employers, the Union, and any party who has executed any agreement with the Trustees or the Union; shall be given deference in all courts of law, to the greatest extent allowed by applicable law; and, shall not be overturned or set aside by any court of law unless the court finds that the Trustees, or their designee, abused their discretion in making such determination or rendering such interpretation.

THIS IS TO CERTIFY that the above Amendment was adopted by the Board of Trustees of the International Union of Operating Engineers Local 98 Annuity Fund on the _23rd_ day of _March_, 199_3_, to be effective as of the _23rd_ day of _March_, 199_3_.

DATED:  _3/23/03_

EMPLOYER TRUSTEES:                    UNION TRUSTEES:

_[signatures]_                        _[signatures]_

SPG:sef
sef\spg\iuoe98af.amd

2

**RESTATED AGREEMENT AND DECLARATION OF TRUST OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98 ANNUITY FUND**

**<u>Amendment</u>**

Pursuant to Article IX, Section 1, of the Restated Agreement and Declaration of Trust of the International Union of Operating Engineers Local 98 Annuity Fund ("Fund"), the Trustees of the International Union of Operating Engineers Local 98 Annuity Fund ("Fund") hereby amend said Restated Agreement and Declaration of Trust as follows:

I.

Article IV, 'CONTRIBUTIONS AND COLLECTIONS," is revised in Section 2 by the addition of the language shown in bold italics, so that said Section 2 provides the following in its entirety:

> "Section 2.  <u>Receipt of Payment and Other Property of Trust</u>.
> The Trustees or such other person or entity designated or appointed by the Trustees are hereby designated as the persons to receive the payments heretofore or hereafter made to the Trust Fund by the Employers and Employees. The Trustees are hereby vested with all right, title and interest in and to such moneys and all interest which may be accrued thereon, and are authorized to receive and be paid the same. *Title to all the monies paid into and/or due and owing to the Fund shall be vested in and remain exclusively in the Trustees of the Fund; outstanding and withheld contributions constitute Plan assets.*"

II.

Article IV is further revised by the addition of the following Section 7:

> "Section 7. Effect of Employer's Failure to Maintain Records.
> In the event the Employer does not maintain or otherwise does not have in its possession records of the number of hours worked by each Employee, the Employer agrees that in order to determine the number of hours for which contributions are required to be submitted to the designated Fund, the Employee's gross wages shall be divided by the applicable hourly wage rate set forth in the collective bargaining agreement for the Employee's job classification, which classification shall be determined by the Union and/or the Trustees."

THIS IS TO CERTIFY that the above Amendment was adopted by the Board of Trustees of the International Union of Operating Engineers Local 98 Annuity Fund on the 23rd day of March , 2004, to be effective as of the 23rd day of March , 2004.

Dated: _____3 23·04_____        _David C. Cardimino_
                                      Union Trustee

Dated: _____3/23/04_____         _William J. Sullivan_
                                      Employer Trustee

etl\jcs\amend\IUOE 98 AF Trust - Collections

2

RESTATED AGREEMENT AND DECLARATION OF TRUST

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98
PENSION FUND

WHEREAS, there has heretofore been entered into an Agreement and Declaration of Trust, effective March 19, 1959, by and between the Labor Policy Division, Construction Industry Association of Western Massachusetts, Inc. of 1255 Westfield Street, West Springfield, Massachusetts, and Labor Relations Division of the Construction Industries of Massachusetts of 1300A Worcester Road, Framingham Center, Massachusetts, the Area Contractors of New Hampshire and Vermont who are not members of the aforesaid Associations; together with all such other Employers who may now or hereafter become parties to this Plan (hereinafter referred to as "Employers") and Local 98, International Union of Operating Engineers, AFL-CIO of East Longmeadow, Massachusetts (hereinafter referred to as the "Union"); and

WHEREAS, said Agreement and Declaration of Trust has heretofore been amended; and

WHEREAS, under Article X, Section 1 of said Agreement and Declaration of Trust, the Trustees have the power and authority to amend such Agreement and Declaration of Trust from time to time as therein provided; and

WHEREAS, it is determined to be desirable to amend said Agreement and Declaration of Trust and to restate the same so as to incorporate therein all of the amendments adopted heretofore or as part of this restatement;

NOW, THEREFORE, the Trustees, designated and in office, as such, have executed this Restated Agreement and Declaration of Trust as indicating their acceptance of the respective duties imposed upon them as Trustees under the terms of this Agreement; and

power or authority to change or modify any provisions of any such collective bargaining agreements.

Section 14.  Removal of Trustee (Violation of Act).  The Board of Trustees shall initiate action to cause the removal of any fellow member Trustee who may be serving as a Trustee in violation of the Act.  The vacancy or vacancies caused by such a removal shall be filled in accordance with Section 3 of this Article.

ARTICLE IV

CONTRIBUTIONS AND COLLECTIONS

Section 1.  Employer Contributions.

(a)  Each Employer shall make prompt contributions or payments to the Trust Fund in such amount and under the terms as are provided for in the applicable collective bargaining agreement in effect from time to time between the Employer or his bargaining representative and the Union.  An Employer may also be required to make contributions in such amount and under such terms as such Employer may be obligated, in writing, to make, provided that such contributions shall be subject to acceptance by the Trustees.  The Employer agrees that such contributions shall constitute an absolute obligation to the Trust Fund, and such obligation shall not be subject to set-off or counterclaim which the Employer may have for any liability of the Union or of an Employee.

(b)  Contributions to the Fund shall be paid to the Trustees or to such depository as the Trustees shall designate, only by check, bank draft, money order or other recognized written method of transmitting money or its equivalent, made payable to the order of the International Union of Operating Engineers Local 98 Pension Fund.  The payment of contributions shall

-13-