**I.U.O.E. LOCAL 98 FUNDS**
**NATIONWIDE ROCK AND RECYCLING CORP.**
DELINQUENT FRINGE BENEFIT CONTRIBUTIONS & DEDUCTIONS

7/30/2004
L98-Nationwide Rock
(jlr)

| MONTH | DATE DUE | DAYS LATE THROUGH 08/06/04 | HOURS | HEALTH & WELFARE | PENSION | ANNUITY | TRAINING | LABOR MNGMT CO-OP | TOTAL | INTEREST 1-1/2%/MONTH | INTEREST AGAIN OR LIQUIDATED DAMAGES-20% | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 2002 | 06/10/02 | 788 | 888.5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JUNE 2002 | 07/10/02 | 758 | 675.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JULY 2002 | 08/10/02 | 727 | 689.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |

| MONTH | DATE DUE | DAYS LATE THROUGH 08/06/04 | HOURS | | | | | | | CENTRAL PENSION | INTEREST 9%/ANNUM | INTEREST AGAIN OR LIQUIDATED DAMAGES-15% | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 2002 | 06/10/02 | 788 | 888.5 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| JUNE 2002 | 07/10/02 | 758 | 675.0 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| JULY 2002 | 08/10/02 | 727 | 689.0 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | | | | | | | | | | 0.00 | | | 0.00 |

| MONTH | DATE DUE | DAYS LATE THROUGH 08/06/04 | HOURS | GROSS WAGES | SOCIAL FUND | DUES | TOTAL DEDUCTIONS | INTEREST 9%/ANNUM | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|
| MAY 2002 | 06/10/02 | 788 | 888.5 | 26,748.18 | 0.00 | 175.80 | 175.80 | 34.16 | 209.96 |
| JUNE 2002 | 07/10/02 | 758 | 675.0 | 20,229.60 | 0.00 | 505.74 | 505.74 | 94.52 | 600.26 |
| JULY 2002 | 08/10/02 | 727 | 689.0 | 21,240.64 | 0.00 | 531.01 | 531.01 | 95.19 | 626.20 |
| TOTAL | | | | | 1,212.55 | 1,212.55 | 223.87 | | 1,436.42 |

**TOTAL BALANCE DUE**          1,212.55     223.87      0.00      1,436.42

Report Run: 8/3/2004 3:04:51PM By: JESSICA L. RATKOWSKI  **Blitman & King LLP**  Page 1
ProVantage WIP 22

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| **Fees** | | | | |
| 2/18/2003 | KAH | 0.25 | 38.25 | Drafted letter to debtor requesting reports and payment |
| 3/24/2003 | KAH | 0.10 | 15.30 | Drafted status report for Board of Trustees meeting |
| 4/15/2003 | KAH | 0.25 | 38.25 | Drafted letter to debtor requesting remittance reports and payment |
| 5/9/2003 | KAH | 0.20 | 30.60 | Communicated with Fund Office regarding delinquency |
| 5/12/2003 | KED | 0.75 | 74.25 | Received and reviewed remittance reports for the months of May, June and July 2002; Calculated interest and liquidated damages due on late paid fringe benefit contributions and deductions for the months of May, June and July 2002 |
| 5/12/2003 | KAH | 0.80 | 122.40 | Communicated with Administrator Wondolowski regarding collection of interest and liquidated damages on late payment; Conferred regarding debt calculations; Drafted letter to debtor requesting payment; Communicated with Administrator Wondolowski regarding debt |
| 6/3/2003 | KAH | 0.45 | 68.85 | Communicated with Michelle at Fund office regarding debt; Drafted letter to debtor requesting payment |
| 6/4/2003 | KAH | 0.10 | 15.30 | Worked on letter to debtor demanding payment and included attorneys' fees and costs |
| 6/6/2003 | JAC | 0.05 | 9.05 | Worked on letter to debtor regarding balance due and attorneys' fees |
| 6/25/2003 | KAH | 0.40 | 61.20 | Communicated with Vice-President Clark regarding location of projects; Communicated with Administrator Wondolowski regarding same |
| 6/26/2003 | KED | 0.25 | 24.75 | Updated interest through June 30, 2003 on unpaid fringe benefit contributions and deductions for the months of May 2002 through July 2002 |
| 6/26/2003 | KAH | 0.45 | 68.85 | Drafted letter to debtor requesting payment; Communicated with Administrator Wondolowski regarding project information |

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| 6/27/2003 | JAC | 0.10 | 18.10 | Worked on letter to debtor regarding terms of settlement |
| 7/18/2003 | KAH | 0.55 | 84.15 | Communicated with Administrator Wondolowski regarding delinquency; Drafted letter to debtor requesting remittance reports and payment |
| 7/28/2003 | KAH | 0.60 | 91.80 | Communicated with debtor regarding collection of dues deductions; Communicated with Administrator Wondolowski regarding same; Conferred regarding same; Communicated with debtor regarding dues deductions and remittance reports |
| 8/11/2003 | KAH | 0.20 | 30.60 | Communicated with Administrator Wondolowski regarding status of matter |
| 8/13/2003 | KAH | 0.45 | 68.85 | Communicated with Administrator Wondolowski regarding delinquency; Drafted letter to debtor requesting remittance reports and payment |
| 9/5/2003 | KAH | 0.50 | 76.50 | Reviewed Local Rules for Massachusetts District Court for filing Summons and Complaint; Obtained appropriate forms |
| 9/8/2003 | KED | 0.25 | 24.75 | Updated interest through September 15, 2003 |
| 9/8/2003 | KAH | 2.80 | 428.40 | Drafted letter to District Court filing Summons and Complaint, letter to process server, letter to District Court filing Affidavit of Service, letter to Secretary of Labor, letter to Secretary of the Treasury and letter to District Court filing Certificate of Service on same; Drafted Certificate of Service, Summons, Civil Cover Sheet, Category Sheet and Complaint; Conferred regarding Complaint; Drafted status report for Board of Trustees' meeting |
| 9/17/2003 | KAH | 0.50 | 76.50 | Worked on Summons and Complaint, Civil Cover Sheet, category sheet and related letters |
| 9/23/2003 | JAC | 0.20 | 36.20 | Worked on Summons, Complaint, Civil Cover Sheet and letters to collect debt |
| 9/23/2003 | JAC | 0.10 | 18.10 | Reviewed collective bargaining agreement regarding dues issue |
| 11/11/2003 | JAC | 0.10 | 18.10 | Researched the law regarding LMRA jurisdiction over |

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | action to collect interest, liquidated damages and dues |
| 11/17/2003 | JAC | 0.25 | 45.25 | Communicated with Acting Administrator Lane regarding extent of debt and payroll audit since July 2002; Drafted memorandum regarding same |
| 12/11/2003 | KAH | 0.75 | 114.75 | Worked on Summons and Complaint; Reviewed Western Division of Massachusetts rules regarding electronic filing, appropriate Division and form of pleadings; Communicated with Clerk regarding same |
| 12/12/2003 | JAC | 0.20 | 36.20 | Worked on Summons, Complaint, Civil Cover Sheet, letters filing and serving Summons and Complaint |
| 12/19/2003 | KAH | 0.30 | 45.90 | Received and reviewed filed Summons and Complaint; Communicated with Western Division District of Massachusetts regarding same |
| 12/22/2003 | KAH | 0.20 | 30.60 | Communicated with Clerk's office regarding service of Summons |
| 12/29/2003 | JAC | 0.10 | 18.10 | Conferred regarding service of Summons |
| 12/29/2003 | KAH | 0.50 | 76.50 | Reviewed FRCP and Massachusetts local rules regarding same |
| 12/30/2003 | KAH | 0.75 | 114.75 | Communicated with Alexander Poole and Co. regarding service in Massachusetts; Communicated with Massachusetts process server regarding same; Communicated with Massachusetts Constable regarding same |
| 12/30/2003 | JAC | 0.05 | 9.05 | Conferred regarding service of Summons and Complaint |
| 1/6/2004 | KAH | 0.75 | 127.50 | Obtained information on Massachusetts process servers; Communicated with Massachusetts process servers regarding for service of process; Communicated with Massachusetts Secretary of the Commonwealth, Corporations Division, regarding registered agent; Communicated with Plymouth County Sheriff's Department regarding service of process; Communicated with Norfolk County Sheriff's Department regarding same; Conferred regarding service |
| 1/7/2004 | KAH | 0.10 | 17.00 | Drafted status report for Board of Trustees |

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**  
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| 3/9/2004 | KAH | 0.50 | 85.00 | Drafted Request to Enter Default, Affidavit to Enter Default and letter to Massachusetts District Court Clerk enclosing same |
| 3/10/2004 | JAC | 0.10 | 20.00 | Worked on Request to Enter Default and Supporting Affidavit |
| 4/21/2004 | KAH | 1.75 | 297.50 | Reviewed Massachusetts Local Rules regarding discovery; Drafted Request for Production of Documents and letter enclosing same and Certificate of Service |
| 4/23/2004 | JAC | 0.20 | 40.00 | Worked on Request to Produce; Drafted memorandum regarding local counsel requirements and production requirements |
| 4/26/2004 | KAH | 0.50 | 85.00 | Reviewed Massachusetts Local Rules regarding local counsel requirements |
| 5/4/2004 | KAH | 2.50 | 425.00 | Conducted additional research regarding appropriate location for document production |
| 6/22/2004 | KAH | 0.25 | 42.50 | Worked on Request for Production of Documents |
| 6/23/2004 | JAC | 0.20 | 40.00 | Worked on Request to Produce, Certificate of Service and letter to debtor regarding same |
| 6/23/2004 | KAH | 0.25 | 42.50 | Worked on Request for Production of Documents |
| 6/29/2004 | JAC | 0.05 | 10.00 | Worked on Request to Produce and letter regarding audit of records |
| 7/19/2004 | JAC | 0.20 | 40.00 | Received and reviewed Court order regarding deadline for filing motion for default judgment and drafted memorandum; Conferred regarding same |
| 7/20/2004 | KAH | 0.25 | 42.50 | Drafted letter to Judge Ponsor requesting extension of time to file Motion for Default |
| 7/20/2004 | KAH | 0.10 | 17.00 | Docketed deadline for filing Motion for Default |
| 7/21/2004 | KAH | 1.50 | 255.00 | Reviewed Massachusetts Local Rules regarding motion practice; Drafted letter to Court enclosing Motion for Default, letter to debtor enclosing Motion for Default, Certificate of Service and Notice of Motion |

Report Run: 8/3/2004 3:04:51PM By: JESSICA L. RATKOWSKI     **Blitman & King LLP**     Page 5
ProVantage WIP 22

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| 7/22/2004 | JAC | 0.05 | 10.00 | Worked on letter to Court requesting extension of time to file Motion |
| 7/26/2004 | KAH | 2.75 | 467.50 | Drafted proposed Order, Affidavit of Charles E. Blitman and Memorandum of Law; Began working on exhibits |
| 7/27/2004 | JAC | 0.05 | 10.00 | Conferred regarding deadline for production of documents and Motion for Judgment |
| 7/27/2004 | KAH | 2.75 | 467.50 | Communicated with Clerk's Office regarding selection of Motion date; Worked on Affidavit of Charles Blitman and Memorandum of Law; Began researching First Circuit and Massachusetts law for Memorandum of Law |
| 7/28/2004 | KAH | 0.10 | 17.00 | Communicated with Michelle at Fund Office regarding copies of checks evidencing payment |
| 7/29/2004 | KAH | 1.50 | 255.00 | Worked on Affidavit of Charles E. Blitman; Made additional revisions to same and Memorandum of Law; Continued research regarding First Circuit and Massachusetts law regarding fees; Worked on exhibits to Affidavit of Charles E. Blitman |
| 7/30/2004 | JLR | 0.15 | 16.50 | Updated interest through August 6, 2004 and revised spreadsheet |
| 8/03/2004 | JAC | 0.10 | 20.00 | Worked on letter to debtor rescheduling audit and drafted memorandum regarding letter to Auditor Manzi |
| 8/04/2004 | JAC | 0.10 | 20.00 | Conferred regarding exhibits to motion and provisions of Collective Bargaining Agreement regarding dues |
| 8/04/2004 | JAC | 0.95 | 190.00 | Worked on Notice of Motion, Certificate of Service, Order, Narrative of Legal Services, Memorandum of Law, Affidavit of Charles E. Blitman on Motion for Judgment; Reviewed First Circuit case law regarding ERISA action; Conferred regarding same |
| 8/05/2004 | CEB | 0.25 | 50.00 | Reviewed Motion for Default Judgment |
| **Total Fees** | | **31.45** | **$5,140.20** | |

Report Run: 8/3/2004 3:04:51PM By: JESSICA L. RATKOWSKI
ProVantage WIP 22

Blitman & King LLP

Page 6

## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NATIONWIDE ROCK AND RECYCLING CORP. (II)**

| Date | Employee | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
|  |  | 1.15 Attorney hours @ $181.00 per hour = | $ 208.15 | (2003) |
|  |  | 11.10 Attorney hours @ $153.00 per hour = | $1,698.30 | (2003) |
|  |  | 1.25 Paralegal hours @ $ 99.00 per hour = | $ 123.75 | (2003) |
|  |  | 2.25 Attorney hours @ $200.00 per hour = | $ 450.00 | (2004) |
|  |  | 15.55 Attorney hours @ $170.00 per hour = | $2,643.50 | (2004) |
|  |  | 0.15 Paralegal hours @ $110.00 per hour = | $ 16.50 | (2004) |
|  |  | 31.45 |  |  |
|  |  | Total Fees | $5,140.20 |  |

### Costs

| | |
|---|---|
| Copying | 55.20 |
| Postage and Delivery | 16.28 |
| Service of Process | 75.00 |
| Filing of Summons & Complaint | 150.00 |
| Computer Research | 180.45 |
| **Total Costs** | **$476.93** |
| **Matter Totals** | **$5,617.13** |