FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    WESTERN DIVISION

---

INTERNATIONAL UNION OF OPERATING ENGINEERS ) 
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )
AND WELFARE FUND AND JOINT TRAINING, )
RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND )
by William Sullivan and David Cardimino, as Trustees; )
INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and David Cardimino, as Trustees; CENTRAL )
PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING )
EMPLOYERS, by Michael R. Fanning, as Chief Executive )
Officer; and INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )
Business Manager, )
) 
                Plaintiffs, )
) 
   v. )   Civil Action No.
)   03-30305-MAP
)
NATIONWIDE ROCK & RECYCLING CORP., )
)
                Defendant. )

---

## CERTIFICATE OF SERVICE

I, CHARLES E. BLITMAN, an attorney at law and a partner of the law firm of Blitman & King LLP, attorneys for the plaintiffs in the above-entitled action, hereby certify that on the 5th day of August, 2004, I served a copy of Notice of Motion for Default Judgment, Affidavit of Charles E. Blitman,

Memorandum of Law and proposed Order upon the defendant, by depositing a true copy of the same in the United States mail, postpaid, and addressed to it at its last known address, to wit:

> NATIONWIDE ROCK & RECYCLING CORP.
> 394 Washington Street
> Franklin, Massachusetts 02038

Dated: August 5, 2004

BLITMAN & KING LLP

By: *Charles E. Blitman*
Charles E. Blitman, of Counsel
Bar Roll No. 653148
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: ceb@bklawyers.com

ked\kah\iuoe98\Nationwide-cos3

2