SCANNED

At a Motion Term of the United
States District Court, District of
Massachusetts, Western Division,
held at the United States Court House,
Springfield, Massachusetts, on the ____
day of _____, 2004.

PRESENT: HONORABLE MICHAEL A. PONSOR

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   WESTERN DIVISION
-----------------------------------------------------------------

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE ROCK & RECYCLING CORP., <br><br> Defendant. | **ORDER GRANTING DEFAULT JUDGMENT** <br><br> Civil Action No. <br> 03-30305-MAP |

-----------------------------------------------------------------

The plaintiffs having duly moved this Court for entry of judgment, pursuant to Rule 55(b)(2) of

the Federal Rules of Civil Procedure, against the defendant, Nationwide Rock & Recycling Corp.,

And, the said motion having regularly come on to be heard.

**NOW**, upon reading and filing the Notice of Motion, dated the 5th day of August 2004, the Affidavit of Charles E. Blitman, Esq., sworn to the 5th day of August 2004, together with the Summons and Complaint, with proof of service thereof, the Entry of Default on the 18th day of March 2004, all in support of said motion, and upon all the proceedings heretofore had herein, and no one having appeared in opposition thereto, and it appearing that defendant, Nationwide Rock & Recycling Corp., has failed to plead or otherwise defend this action; and

**NOW**, on motion of Blitman & King LLP, Charles E. Blitman, of counsel, and after due deliberation having been had thereon, it is

**ORDERED**, that the motion be and the same hereby is granted in all respects, and that judgment by default be entered in this action in favor of the plaintiffs and against the defendant, Nationwide Rock & Recycling Corp., for the relief demanded in the Complaint herein together with the costs and disbursements of this proceeding, and it is further

**ORDERED**, that judgment be entered herein by the Clerk of the Court in favor of the plaintiffs and against the defendant, Nationwide Rock & Recycling Corp., for the sum of $11,562.71, plus interest thereon at the rate provided for by 28 U.S.C. Section 1961(a), and that plaintiffs have execution therefore, and it is further

**ORDERED**, that defendant, Nationwide Rock & Recycling Corp., be required to produce its books and records for the period August 2002 to date for plaintiffs' review and audit, to pay the cost and expense of such audit, to pay all attorneys' and paralegal fees and costs incurred in obtaining that audit, and it is further

**ORDERED**, that this Court retains jurisdiction to enter judgment in favor of the plaintiffs and against the defendant, Nationwide Rock & Recycling Corp., for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys' and paralegal fees.

DATED: Sept 1, 2004

ENTERED:

/s/ Michael A. Ponsor
Honorable Michael A. Ponsor
United States District Court Judge

ked\kah\iuoe98\Nationwide-Ord.doc

3